FILED

05/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0648

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0648

MONTANA ENVIRONMENTAL INFORMATION CENTER and EARTHWORKS

    Appellants/Plaintiffs,

vs.

OFFICE OF THE GOVERNOR,
    Appellee/Defendant.

_____

## Grant of Extension
_____

For good cause appearing, Appellee Office of the Governor's unopposed motion to extend the deadline for Appellee's opening brief is GRANTED.

Appellee's opening brief shall be due on June 14, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 9 2024